IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS GREEN,

    Plaintiff,

v.                                                                 CASE NO. 4:11-cv-376-SPM-GRJ

STATE OF FLORIDA,

    Defendant.
_____/

## ORDER

    Plaintiff, a prisoner presently incarcerated at Florida State Prison in Raiford, Florida, filed a document in the Tampa Division of the Middle District of Florida styled "Emergency Motion For Protective Court Order (TRO) or (Injunction) Disciplinary Sanctions Against Defendant Counsel And FDOC Officials And Motion For Extension Of Time." (Doc. 1.) Plaintiff's case was incorrectly transferred to this District from the Middle District of Florida. (Doc. 4.) Florida State Prison is located in Bradford County, Florida and all events relevant to this action occurred at Florida State Prison. Bradford County is located within the territorial confines of the Jacksonville Division of the Middle District of Florida. Because there is no connection to the Northern District of Florida in this action the proper district for venue is the Middle District of Florida.

    Accordingly, pursuant to 28 U.S.C. § 1406(a), it is **ORDERED** that:

    The Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

    **DONE AND ORDERED** this 29th day of September, 2011.

                                                               *s/ Gary R. Jones*
                                                                GARY R. JONES
                                                                United States Magistrate Judge